**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANUEL VASQUEZ MONTIEL,<br>Petitioner,<br><br>v.<br><br>J.L. JAMISON, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:26-cv-07894-JLS |

**ORDER**

**AND NOW**, this 15th day of October 2026, upon review of Vasquez Montiel's Petition for Writ of Habeas Corpus, Dkt. No. 1, **IT IS HEREBY ORDERED** that respondents shall file a response on or before **Friday, October 16, 2026, at 5:00 PM**.

**IT IS FURTHER ORDERED** that respondents shall not take any actions to remove Vasquez Montiel from the Eastern District of Pennsylvania while this Petition is pending.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**